IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Trustees of The Plumbers and Pipefitters | ) | |
| National Pension Fund | ) | |
| Plaintiff, | ) | |
| | ) | 1:11cv764 (JCC/IDD) |
| v. | ) | |
| | ) | |
| Lakeside Plumbing & Heating, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Upon consideration of the March 2, 2012, Report and Recommendation of the United

States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed

within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the

recommendation of the United States Magistrate Judge, and the proposed Order submitted by the plaintiffs

is this day entered.

/s/
_____
James C. Cacheris
United States District Judge

Alexandria, Virginia
March 29, 2012